# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAEUSER, ET AL** | **CIVIL ACTION** |
| versus | NO. 13-5631 |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY** | SECTION C(3) |

## **ORDER**

The Court having been advised that all of hte parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good caus shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 13th day of March, 2015.

_____
**UNITED STATES DISTRICT JUDGE**